# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2012

144419

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re R. K. TREVINO, Minor.

SC: 144419
COA: 303170
Barry CC Family Division:
09-007971-NA

_____/

On order of the Court, the application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2012

_____
Clerk

p0131